UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

FLORIDA TRUCKING CO., INC.,
FLORIDA EQUIPMENT CO., LLC
KEARNEY CONSTRUCTION CO., LLC
KEARNEY CONSTRUCTION CO., INC.,
AVT EQUIPMENT, LLC

    Debtors.
_____/

Chapter 11
Case No.  8:09-bk-11791-CED
           8:09-bk-11792-CED
           8:09-bk-18848-CED
           8:09-bk-18851-CED
           8:09-bk-18861-CED
(Jointly Administered)

LARRY S. HYMAN, as Trustee for
KEARNEY CONSTRUCTION CO., LLC,

    Plaintiff,
vs.

SUN COUNTRY MATERIALS, LLC, a
Delaware limited liability company; and
WASTE SERVICES, INC., a Delaware
corporation

    Defendants.
_____/

Adversary No. _____

## TRUSTEE'S COMPLAINT TO AVOID AND RECOVER PREFERENCE PAYMENT AGAINST SUN COUNTRY MATERIALS, LLC AND WASTE SERVICES, INC.

Larry S. Hyman, the duly appointed Chapter 11 Trustee (the "Trustee") in the above-styled cases, sues Sun Country Materials, LLC and Waste Services, Inc. (collectively the "Defendants"), and alleges as follows:

1. This is an adversary proceeding pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F), and (O).

3. Venue for this proceeding is proper in this district pursuant to 28 U.S.C. § 1409(a).

4. On June 4, 2009 (the "Petition Date"), the Florida Trucking Co., Inc. filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code 11 U.S.C. § 101, et. seq. (the "Bankruptcy Code"). On August 26, 2009, Kearney Construction Company, LLC ("Kearney LLC"); Kearney Construction Company, Inc.; and AVT Equipment, LLC, also filed voluntary petitions for relief under chapter 11. The chapter 11 cases (the collectively, the "Cases") are jointly administered in this Court under Case No. 8:09-bk-11791-CED.

5. On February 1, 2010, the Bankruptcy Court entered its Order Approving Appointment of Chapter 11 Trustee (the "Appointment Order") (Docket No. 491).

6. Pursuant to the Appointment Order and applicable law, the Trustee has standing and authority to initiate and prosecute this adversary proceeding.

7. This is an action to recover a preference under section 547 of the Bankruptcy Code.

8. Kearney LLC made a number of transfers (the "Transfers") to the Defendants. The list of Transfers are attached as Exhibit "A."

9. Checks of Kearney LLC evidencing the Transfers are attached as composite Exhibit "B."

10. Defendants were a creditor of Kearney LLC at the time the Transfers were made.

11. The Transfers constitute a transfer of an interest of Kearney LLC in property.

12. The Transfers were to or for the benefit of a creditor, i.e. the Defendants.

13. The Transfers were made for or on account of antecedent debts owed by Kearney LLC to the Defendants.

14. The Transfers were made while Kearney LLC was insolvent.

15. The Transfers were made on or within 90 days before the Petition Date.

16. The Transfers enabled the Defendants to receive more than it would have received if:

    (a) the case was a case under chapter 7 of the Bankruptcy Code;

    (b) the Transfers had not been made; and

    (c) the Defendants received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that this Court enter judgment in favor of the Trustee and against the Defendants in the amount of $55,092.50, together with interest and costs, and providing for such other and further relief as is appropriate.

/s/ Victoria D. Critchlow
Robert B. Glenn
Fla. Bar No. 159844
rglenn@glennrasmussen.com
Edwin G. Rice
Fla. Bar No. 855944
erice@glennrasmussen.com
Victoria D. Critchlow
Fla. Bar No. 882127
vcritchlow@glennrasmussen.com
GLENN RASMUSSEN
  FOGARTY & HOOKER, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602-5364
(813) 229-3333
(813) 229-5946 (fax)

Attorneys for Trustee

| Date Cleared | Method of Transfer | To The Order Of | Amount |
|---|---|---|---|
| 6/12/2009 | 8944 | Sun Country Materials | 12,023.00 |
| 7/24/2009 | Cashier's Check | Sun Country Materials | 43,069.50 |
| | | Sun Country Materials Total | $ 55,092.50 |

EXHIBIT A



| | | | |
|---|---|---|---|
| **Capture Date** | 20090612 | **Optional Field 6** | 4 |
| **Sequence Number** | 184688326 | **Amount** | 12023.00 |
| **Serial Number** | 0000008944 | **Routing Number** | 063114328 |
| **Account Number** | 0000000013208401 | **Transaction Code** | 000051 |



**EXHIBIT B**

